# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Thomas James Mashburn and Jessica Nichole Mashburn, ) ) ) Plaintiffs, ) ) vs. ) ) Caisee Sandusky, et. al., ) ) Defendants. ) | **ORDER** <br><br> Case No. 4:13-cv-062 |

Before the court are Motions to Extend Time Limit for Service and for Service by Publication filed by plaintiffs on October 1, 2013. Plaintiffs advise that they have been unable to ascertain the whereabouts of Defendants Jay Raspberry, Joseph Brann, Marina Carrillo Matthews, and Miranda Nichols. Consequently, they seek more time to attempt service by publication.

The court **GRANTS** plaintiffs' motions (Docket Nos. 4 and 6).

**IT IS SO ORDERED.**

Dated this 15th day of October, 2013.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court